1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Denise Schicatano, | **NO. CV-20-00635-PHX-DWL** |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| Credit Protection Association LP, | |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 5, 2020, Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

October 14, 2020

By    s/ Rebecca Kobza
Deputy Clerk